SELF INITIATED
AMENDMENT

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CLEMENT, EDITH B | 2. Court or Organization<br><br>Appeals Court, Active | 3. Date of Report<br><br>4/28/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>600 CAMP STREET, ROOM 200<br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2009 MAY 18 A 11: 12 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Clement_Edith_B 1

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School | | | | March 31-April 2, Charlottesville, VA, Preside over final round of the UVa Moot Court Board (Transportation, room and meals) |
| 2. | Columbia Law School | | | | April 9-12, New York, NY, Preside over Moot Court (Transportation, room and meals) |
| 3. | Ave Maria School of Law | | | | May 13-14, Ann Arbor, MI, Deliver graduation address (Transportation, room and meals) |
| 4. | Foundation for Research on Economics and the Environment | | | | October 8-13, Rancine, WI, Attend a seminar (Transportation, room and meals) |
| 5. | St. Thomas More Society | | | | October 30-31, Honored Guest, luncheon speaker |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

(Transportation, room and meals)

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | B | Dividend | K | T | | | | | |
| 2. Rental Property/Residential FMV | E | Rent | N | W | | | | | |
| 3. Dimon, Inc | | None | | | sold | 1/17 | J | A | |
| 4. 8 x 8 Corp | | None | | | sold | 1/17 | J | A | |
| 5. Microsoft, Inc | | None | | | sold | 7/21 | J | A | |
| 6. Pepsico | | None | | | sold | 1/17 | J | A | |
| 7. SBC Communications, Inc | | None | | | sold | 1/17 | J | A | |
| 8. Verizon | | None | | | sold | 1/17 | J | A | |
| 9. AIM Mid Cap Core Equity Fund Cl C | | None | M | T | | | | | |
| 10. ALCATEL ALSTHOM Spon ADR | | None | | | sold | 1/3 | J | A | |
| 11. Alliance Bernstein Global Value ABCGX | A | Dividend | L | T | buy | 12/8 | M | | |
| 12. Alliance Bernstein Int'l Value Fund C AWPCX | D | Dividend | M | T | | | | | |
| 13. Alliance Int'l Growth Fund Class C ABICX | D | Dividend | M | T | | | | | |
| 14. Allianz OCC Renaissance C n/c 4/5 PIMCO PEA Renaissance Fund | | None | L | T | | | | | |
| 15. AM Funds Capital Income CIBCX | | None | L | T | buy | 3/21 | L | | |
| 16. AM Funds Capital World & Inc Fund Class C CWGCX | E | Dividend | M | T | | | | | |
| 17. American Funds Growth Fund of America Fund Class C | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Met od Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds New Prespecive NPFCX | A | Dividend | L | T | buy | 1/12 | L | | |
| 19. American Funds New Prespective NPFCX | A | Dividend | K | T | buy | 2/14 | K | | |
| 20. American Funds New Prespective NPFCX | A | Dividend | K | T | buy | 11/9 | K | | |
| 21. Bank of America Corp | A | Dividend | K | T | | | | | |
| 22. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | C | Dividend | K | T | | | | | |
| 23. BP Amoco PLC ADR | A | Dividend | K | T | | | | | |
| 24. Chevron Corp, n/c 5/9 fm Chevrontexaco Corp | B | Dividend | M | T | | | | | |
| 25. Cigna Corp | A | Distribution | K | T | | | | | |
| 26. Cisco Systems Inc. | | None | | | sold | 1/3 | J | A | |
| 27. CITIGROUP, Inc. | C | Dividend | M | T | | | | | |
| 28. CNH Global N.V. ▆▆▆▆▆ | | None | | | sold | 1/3 | J | A | |
| 29. Coca-Cola Hellenic Bottling Co ordinary | | None | | | sold | 1/3 | J | A | |
| 30. Colonial Bank | B | Interest | K | T | | | | | |
| 31. COMCAST Corporation CLA | | None | | | sold | 1/3 | K | C | |
| 32. Conocophillips (formerly Burlington Resources, merged 4/06 | A | Dividend | L | T | | | | | |
| 33. Devon Energy | B | Dividend | M | T | | | | | |
| 34. Diamond Offshore Drilling | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Direct General Corporation | | None | | | sold | 6/10 | J | A | |
| 36. Eaton Vance Worldwide Health Sicences Fund Cl C | | None | L | T | | | | | |
| 37. El Paso Corp | A | Dividend | | | sold | 7/21 | J | A | |
| 38. EXXON Mobil Corporation | A | Dividend | | | sold | 7/21 | M | E | |
| 39. Federated Communications Technology Fund Cl C | | None | | | sold | 1/3 | L | A | |
| 40. Flextronics International | | None | | | sold | 12/8 | J | B | |
| 41. Freescale Semiconductor | | None | | | sold | 12/5 | J | A | |
| 42. Fremont General Corp | A | Dividend | | | sold | 6/10 | K | B | |
| 43. General Electric Co | B | Dividend | L | T | | | | | |
| 44. Goodyear Tire & Rubber | B | Interest | J | T | | | | | |
| 45. Grey Wolf Inc. | | None | J | T | | | | | |
| 46. Hewlett-Packard Co. | A | Dividend | K | T | | | | | |
| 47. Home Depot | | None | | | sold | 7/21 | K | C | |
| 48. IDACORP, Inc. | | None | | | sold | 1/3 | K | A | |
| 49. Infinity Property & Casualty | A | Dividend | K | T | | | | | |
| 50. Koninklyke Philips Electronic | | None | | | sold | 1/4 | K | A | |
| 51. Longleaf Partners Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 53. Microsoft Corporation | | None | | | sold | 7/21 | J | A | |
| 54. Motorola Inc. | A | Dividend | J | T | | | | | |
| 55. | | | | | partial sale | 12/5 | J | A | |
| 56. Newfield Explorations Co. | | None | | | sold | 7/21 | J | A | |
| 57. Occidental Pete Corp | B | Dividend | L | T | | | | | |
| 58. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 59. Oracle systems Corporation | | None | | | sold | 1/3 | J | A | |
| 60. Pepsico CAP Res Inc, 4/1/2008 | | None | J | T | | | | | |
| 61. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 62. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 63. PIMCO High Yield Fund CL C | C | Dividend | K | T | | | | | |
| 64. Pride International Inc | | None | | | sold | 4/17 | K | C | |
| 65. Principal Class (money market) | A | Dividend | N | T | | | | | |
| 66. Proctor & Gamble Co. | B | Dividend | M | T | | | | | |
| 67. Prospect Street High Income PTFL | A | Dividend | | | sold | 7/21 | J | A | |
| 68. Regions Morgan Keegan Sector High Income Fund RHY | D | Dividend | L | T | buy | 1/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Regions Morgan Keegan Select High Income Fund RHICX | E | Dividend | M | T | | | | | |
| 70. Regions Morgan Keegan Select High Income Fund RHICX | E | Dividend | L | T | buy | 7/20 | L | | |
| 71. Regioins Morgan Keegan Select Intermediate Bond Fund RIBCX | D | Dividend | L | T | | | | | |
| 72. Safeco Corp | A | Dividend | K | T | | | | | |
| 73. J.M. Smucker | | None | | | sold | 1/3 | J | A | |
| 74. Snow Capital Opportunity | | None | L | T | buy | 5/9 | K | | |
| 75. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 76. Thornburg Value Fund Class C | | None | M | T | | | | | |
| 77. U S Bancorp | B | Dividend | K | T | | | | | |
| 78. Victory Diversified Stock | | None | | | buy | 1/10 | L | | |
| 79. " " " | E | Dividend | M | T | buy | 2/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 4/28/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  CLEMENT, EDITH B. | 2. Court or Organization  Appeals Court, Active | 3. Date of Report  5/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  600 CAMP STREET, ROOM 200 NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 18 A 11: 12 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Liberty Fund | March 13-15, 2008 | Sausalito, CA | Attended Colloquium | Transportation, lodging and meals |
| 2. | Witherspoon Institute, Princeton University | August 11-13, 2008 | Princeton, NJ | Delivered a speech | Transportation, lodging and some meals |
| 3. | George Mason University | September 18-21, 2008 | LaJolla, CA | Attended Colloquium | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | B | Dividend | K | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3. AIM Mid Cap Core Equity Fund Cl C, G TACX | | None | L | T | | | | | |
| 4. Alliance Bernstein Global Value, ABCGX | A | Dividend | L | T | | | | | |
| 5. Alliance Bernstein Int'l Value Fund C, AB ICX | A | Dividend | L | T | | | | | |
| 6. Alliance Int'l Growth Fund Class C, AW PCX | C | Dividend | K | T | | | | | |
| 7. Allianz OCC Renaissance C, PQNCX | | None | K | T | | | | | |
| 8. AM Funds Capital Income CIBCX | B | Dividend | K | T | | | | | *see Part VIII. |
| 9. AM Funds Capital World & Inc Fund Class C, CWGCX | B | Dividend | L | T | | | | | |
| 10. American Funds Growth Fund of America Fund Class C GFACX | A | Dividend | K | T | | | | | |
| 11. American Funds New Prespecive NPFCX | B | Dividend | L | T | | | | | |
| 12. Bank of America Corp | D | Dividend | L | T | | | | | |
| 13. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | C | Dividend | K | T | | | | | |
| 14. BP Amoco PLC ADR | B | Dividend | K | T | | | | | |
| 15. Chevron Corp, n/c 5/9 fm Chevrontexaco Corp CVX | C | Dividend | M | T | | | | | |
| 16. Cigna Corp | A | Distribution | K | T | | | | | |
| 17. CITIGROUP, Inc. | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colonial Bank | B | Interest | K | T | | | | | |
| 19. Conocophillips (formerly Burlington Resources, merged 4/06 | B | Dividend | K | T | | | | | |
| 20. Devon Energy | B | Dividend | M | T | | | | | |
| 21. Diamond Offshore Drilling | D | Dividend | K | T | | | | | |
| 22. Eaton Vance Worldwide Health Sicences Fund Cl C | | None | L | T | | | | | |
| 23. General Electric Co | C | Dividend | L | T | | | | | |
| 24. Goodyear Tire & Rubber | B | Interest | J | T | | | | | |
| 25. Grey Wolf Inc. | | None | | | Merged (with line 39) | | | | |
| 26. Hewlett-Packard Co. | A | Dividend | L | T | | | | | |
| 27. Infinity Property & Casualty | | None | | | Sold | 5/22 | J | C | |
| 28. Longleaf Partners Fund | | None | J | T | | | | | |
| 29. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 30. J.P. Morgan Chase & Co. , call: 9/1/13 | B | Dividend | K | T | Buy | 8/21 | K | | |
| 31. Morgan Keegan Ideas | B | Dividend | | | Expired | 6/27 | J | A | |
| 32. Occidental Pete Corp | B | Dividend | L | T | | | | | |
| 33. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 34. Pepsico CAP Res Inc, 4/1/2008 | | None | | | Matured | 4/1 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 36. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 37. PIMCO High Yield Fund CL C | | None | K | T | | | | | |
| 38. Precision Drilling Trust Unit (merged with Grey Wolf) | A | Dividend | J | T | Buy | 12/31 | J | | |
| 39. Principal Class (money market) | A | Dividend | N | T | | | | | |
| 40. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 41. Regions Financing Tr., call 6/15/13 | D | Interest | K | T | Buy | 4/30 | K | | |
| 42. Safeco Corp | A | Dividend | | | Sold | 3/20 | K | C | |
| 43. Snow Capital Opportunity | | None | K | T | | | | | |
| 44. Thornburg Value Fund Class C | | None | L | T | | | | | |
| 45. Victory Diversified Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 5/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Reference Part VII. Investments and Trusts, #7, AM Fund Capital Income (CIBCX) was purchased March 2007, and inadvertently omitted from the 2007 FDR. My amended 2007 Financial Disclosure Report, dated May 15, 2008, reflecting this purchase, is attached.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Edith Brown Clement
Circuit Judge

600 Camp Street
New Orleans, Louisiana 70130
504-310-8068

July 27, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Attn: Hon. Bobby R. Baldock, Chair

Re: Financial Disclosure Report
Calendar Years 2007 and 2008

Dear Judge Baldock:

In response to your letter of July 2, 2009, attached please find my amended 2007 and 2008 Financial Disclosure Reports.

In Part VII, page 5, line 31 of my 2008 FDR, the parenthetical "(X)" has been added as instructed.

In Part VII, page 8, lines 54 and 68, and page 9, lines 69-71, 75, and 77 of my 2007 report, these assets were reported incorrectly. They were actually sold during the reporting period. The 2007 FDR attached has been amended to correctly reflect the status of these assets during the reporting period.

My apologies for the erroneous reports and any confusion they have caused.

Sincerely,



EBC:smb

Clement_Edith_B 2

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008 -

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) .

| 1. Person Reporting (last name, first, middle initial)<br><br>CLEMENT, EDITH B. | 2. Court or Organization<br><br>Appeals Court, Active | 3. Date of Report<br><br>7/24/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>600 CAMP STREET, ROOM 200<br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 28 A 10: 42 DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 7/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Liberty Fund | March 13-15, 2008 | Sausalito, CA | Attended Colloquium | Transportation, lodging and meals |
| 2. | Witherspoon Institute, Prince ton University | August 11-13, 2008 | Princeton, NJ | Delivered a speech | Transportation, lodging and some meals |
| 3. | George Mason University | September 18-21, 2008 | LaJolla, CA | Attended Colloquium | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 7/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 7/24/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | B | Dividend | K | T | | | | | |
| 2. Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3. AIM Mid Cap Core Equity Fund Cl C, G TACX | | None | L | T | | | | | |
| 4. Alliance Bernstein Global Value, ABCGX | A | Dividend | L | T | | | | | |
| 5. Alliance Bernstein Int'l Value Fund C, ABICX | A | Dividend | L | T | | | | | |
| 6. Alliance Int'l Growth Fund Class C, AWPCX | C | Dividend | K | T | | | | | |
| 7. Allianz OCC Renaissance C, PQNCX | | None | K | T | | | | | |
| 8. AM Funds Capital Income CIBCX | B | Dividend | K | T | | | | | *see Part VIII. |
| 9. AM Funds Capital World & Inc Fund Class C, CWGCX | B | Dividend | L | T | | | | | |
| 10. American Funds Growth Fund of America Fund Class C GFACX | A | Dividend | K | T | | | | | |
| 11. American Funds New Prespecive NPFCX | B | Dividend | L | T | | | | | |
| 12. Bank of America Corp | D | Dividend | L | T | | | | | |
| 13. Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | C | Dividend | K | T | | | | | |
| 14. BP Amoco PLC ADR | B | Dividend | K | T | | | | | |
| 15. Chevron Corp, n/c 5/9 fm Chevrontexaco Corp CVX | C | Dividend | M | T | | | | | |
| 16. Cigna Corp | A | Distribution | K | T | | | | | |
| 17. CITIGROUP, Inc. | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 7/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colonial Bank | B | Interest | K | T | | | | | |
| 19. Conocophillips (formerly Burlington Resources, merged 4/06 | B | Dividend | K | T | | | | | |
| 20. Devon Energy | B | Dividend | M | T | | | | | |
| 21. Diamond Offshore Drilling | D | Dividend | K | T | | | | | |
| 22. Eaton Vance Worldwide Health Sicences Fund Cl C | | None | L | T | | | | | |
| 23. General Electric Co | C | Dividend | L | T | | | | | |
| 24. Goodyear Tire & Rubber | B | Interest | J | T | | | | | |
| 25. Grey Wolf Inc. | | None | | | Merged (with line 39) | | | | |
| 26. Hewlett-Packard Co. | A | Dividend | L | T | | | | | |
| 27. Infinity Property & Casualty | | None | | | Sold | 5/22 | J | C | |
| 28. Longleaf Partners Fund | | None | J | T | | | | | |
| 29. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 30. J.P. Morgan Chase & Co. , call: 9/1/13 | B | Dividend | K | T | Buy | 8/21 | K | | |
| 31. Morgan Keegan Ideas (X) | B | Dividend | | | Expired | 6/27 | J | A | |
| 32. Occidental Pete Corp | B | Dividend | L | T | | | | | |
| 33. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 34. Pepsico CAP Res Inc, 4/1/2008 | | None | | | Matured | 4/1 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 7/24/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 36. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 37. PIMCO High Yield Fund CL C | | None | K | T | | | | | |
| 38. Precision Drilling Trust Unit (merged with Grey Wolf ) | A | Dividend | J | T | Buy | 12/31 | J | | |
| 39. Principal Class (money market) | A | Dividend | N | T | | | | | |
| 40. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 41. Regions Financing Tr., call 6/15/13 | D | Interest | K | T | Buy | 4/30 | K | | |
| 42. Safeco Corp | A | Dividend | | | Sold | 3/20 | K | C | |
| 43. Snow Capital Opportunity | | None | K | T | | | | | |
| 44. Thornburg Value Fund Class C | | None | L | T | | | | | |
| 45. Victory Diversified Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Reference Part VII. Investments and Trusts, #7, AM Fund Capital Income (CIBCX) was purchased March 2007, and inadvertently omitted from the 2007 FDR. My amended 2007 Financial Disclosure Report, dated May 15, 2008, reflecting this purchase, is attached.

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 7/24/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544